UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVEON HARRIS, | ) NO. CV 22-04193 PA (KS) |
|         Petitioner, | ) |
| v. | ) |
| | ) ORDER ACCEPTING FINDINGS AND |
| WARDEN OF KVSP, | ) RECOMMENDATIONS OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
|         Respondent. | ) |
| _____ | ) |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). No Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the claims in the Petition are DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: March 13, 2023

                                                                              _____
                                                                                PERCY ANDERSON
                                                                UNITED STATES DISTRICT JUDGE