JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TREVEON HARRIS, | ) | NO. CV 22-04193 PA (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN OF KVSP, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 13, 2023

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE